UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ex rel.<br>Attorney General Joshua D. Hawley,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOMATED PROFESSIONAL<br>MARKETING, LLC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)Case No.:   4:15-CV-01621JCH<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Comes now Plaintiff and Defendants Automated Professional Marketing, LLC, and Safety Publications, Inc., through counsel; Adam Herdman, *pro se;* and Arthur Olivera, *pro se*, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and stipulate that the above styled action may be dismissed in its entirety, without prejudice, against the following parties: Defendant Automated Professional Marketing, LLC; Defendant Arthur Olivera, an individual; and Defendant Adam Herdman, an individual.

Plaintiff and Defendants Automated Professional Marketing, LLC, and Safety Publications, Inc., through counsel; Adam Herdman, *pro se;* and Arthur Olivera, *pro se*, further stipulate that Counts I and II in the above styled action may be dismissed, without prejudice, against the Defendant Safety Publications, Inc.

1

Respectfully submitted,

| | |
|---|---|
| JOSHUA D. HAWLEY<br>Attorney General | COPILEVITZ & CANTER, LLC |

By:*/s/Mary D. Morris*
    Mary D. Morris, #60921MO
    P.O. Box 861
    St. Louis, MO 63188
    314-340-6816
    FAX 314-340-7981
    Mary.Morris@ago.mo.gov

    *Attorneys for Plaintiff*

By:*/s/Kellie Mitchell Bubeck*
    William E. Raney
    Kellie Mitchell Bubeck
    Copilevitz & Canter, LLC
    310 W. 20th Street, Suite 300
    Kansas City, MO 64108
    816-277-0856
    braney@cckc-law.com
    kmitchell@cckc-law.com

    *Attorneys for Defendants*
    *Automated Professional Marketing,*
    *LLC, and Safety Publications, Inc.*

By:*/s/* [signature]
    Adam Herdman
    507 Regan ~~1360 Landmeier Rd~~
    East Dundee, ~~Elk Grove Village, IL 60007~~
    IL 60118

    *Pro Se Defendant*

By:*/s/*
    Arthur Olivera
    336 Lake Gillian Way
    Algonquin, IL 60102

    *Pro Se Defendant*

2

Respectfully submitted,

<table>
<tr><td>

JOSHUA D. HAWLEY
Attorney General

By: /s/ Mary D. Morris
    Mary D. Morris, #60921MO
    P.O. Box 861
    St. Louis, MO 63188
    314-340-6816
    FAX 314-340-7981
    Mary.Morris@ago.mo.gov

*Attorneys for Plaintiff*

</td><td>

COPILEVITZ & CANTER, LLC

By: /s/ Kellie Mitchell Bubeck
    William E. Raney
    Kellie Mitchell Bubeck
    Copilevitz & Canter, LLC
    310 W. 20th Street, Suite 300
    Kansas City, MO 64108
    816-277-0856
    braney@cckc-law.com
    kmitchell@cckc-law.com

*Attorneys for Defendants*
*Automated Professional Marketing,*
*LLC, and Safety Publications, Inc.*

</td></tr>
<tr><td>

By: /s/ _____
    Adam Herdman
    1360 Landmeier Rd
    Elk Grove Village, IL 60007

*Pro Se Defendant*

</td><td>

By: /s/ [signature]
    Arthur Olivera
    336 Lake Gillian Way
    Algonquin, IL 60102

*Pro Se Defendant*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and was mailed via U.S. mail, postage prepaid, to the following:

Adam Herdman
507 Regan Dr.
East Dundee, IL 60118
*Pro Se Defendant*

Arthur Olivera
336 Lake Gillian Way
Algonquin, IL 60102
*Pro Se Defendant*

/s/  *Mary Delworth Morris*

3